

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2017

No. 04-17-00147-CR

Patrick **REYNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3501
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was originally due June 6, 2017. When the brief was not filed, we notified counsel by letter. Thereafter, counsel filed a motion for extension of time to file appellant's brief. We granted appellant's request, ordering that he file the brief in this court on or before July 25, 2017, which was fifty days from the original due date. Appellant has now filed a second motion for extension of time asking for another thirty days in which to file his brief. After review, we **GRANT** the motion and **ORDER** appellant to file his brief in this court on or before August 24, 2017, which is eighty days from the original due date. We advise counsel that no further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk